IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 21-255 |
| | : | |
| DAVIT DAVITASHVILI | : | |

# ORDER

**AND NOW**, on this 28th day of April 2022, upon considering Defendant's Motions for production of documents under Federal Rule of Criminal Procedure 17(c) (ECF Doc. Nos. 51, 53), the United States' Response (ECF Doc. Nos. 57), after extensive oral argument held on April 7, 2022, hearing Olga Volosevich's objections under Federal Rule of Criminal Procedure 17(c)(3) at our April 13, 2022 hearing, reviewing supplemental briefing including Ms. Volosevich's Motion to quash (ECF Doc. No. 71), Mr. Davitashvili's Response (ECF Doc. Nos. 73), and the United States' letter joining Ms. Volosevich's Motion to quash (ECF Doc. No. 75), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion for production of Internal Revenue Service records (ECF Doc. No. 51) is **GRANTED in part** allowing Defendant to subpoena the Internal Revenue Service for records returnable at trial, and the Internal Revenue Service shall produce Defendant's 2019 and 2020 tax returns, any COVID-19 stimulus check(s) made out in his name, and if hard check(s) did not issue for the stimulus payments, the bank account information on file where his stimulus payment directly deposited, including any confirmation of the direct deposit made, to Defendant's counsel in Courtroom 6B returnable at 9:00 AM on June 15, 2022;

2. Defendant's Motion for production of Olga Volosevich's immigration "A-file" (ECF Doc. No. 53) is **DENIED**; and,

3. Witness Olga Volosevich's Motion to quash subpoenas (ECF Doc. No. 71) is

**DENIED.**

_____
KEARNEY, J.